NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Appellee,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2011-1552, 2012-1080

---

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge Christopher C. Conner.

---

## ON MOTION

---

## ORDER

The parties jointly move to dismiss these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 1 0 2013
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s21

Issued As A Mandate: JAN 1 0 2013

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2013

JAN HORBALY
CLERK